ARROW IRON WORKS, INC., v. BANK OF YORKTOWN, Impleaded with HARRY B. GREENE and Others.— Motion for a stay will be granted when the bond required in *Arrow Iron Works, Inc.*, v. *Bank of Yorktown (ante*, p. 659) has been filed. Settle order on notice. Present — Finch, P. J., McAvoy Martin, O'Malley and Townley, JJ.

MILTON ROSS and Another, Respondents, v. BERKSHIRE KNITTING MILLS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM GIVATOWSKY, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IDEL VAINTROB, as Administrator, etc., of MAX WEINTRAUB, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALMA TANNÉNBAUM, Appellant, v. JOSEPH TANNENBAUM, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

TAUBA GELBERG, Appellant, v. HARRY GELBERG, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

TAUBA GELBERG, Respondent, v. HARRY GELBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

A. D. GRANGER COMPANY, Appellant, v. THOMAS P. KINGSFORD and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of BERNARD A. GROSSMAN, Respondent, for an Order Requiring LOTORNE, INC., and GUSTAV BLUM, Appellants, to Submit to Arbitration Certain Differences Existing between the Parties.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of BERNARD A. GROSSMAN for an Order Requiring LOTORNE, INC., and GUSTAV BLUM to Submit to Arbitration, etc.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE HILTON COMPANY, INC., Appellant, v. SIDNEY HILLMAN, Individually and as President of Amalgamated Clothing Workers of America and of the New York Joint Board of Said Amalgamated Clothing Workers of America, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. This action should be given a preference on the calendar and promptly tried. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

POLYGRAPHIC COMPANY OF AMERICA, INC., Respondent, v. NATIONAL PROCESS CO., INC., Appellant.— Order entered June 24, 1931, so far as appealed from,